IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

MARK A. GIBSON )
 )
    Plaintiff, )
 )
v. ) CV 321-057
 )
KAREN THOMAS, Unit Manager; FNU )
RILEY, S.g.t.; JERMAINE WHITE, Warden; )
DEPUTY WARDEN STEWART; DEPUTY )
WARDEN BEASLEY; TIMOTHY WARD, )
Commissioner; and ROBERT TOOLE, )
Regional Director, )
 )
    Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Defendants Deputy Warden Stewart, Deputy Warden Beasley, Warden White, Commissioner Ward, and Regional Director Toole, **DISMISSES** Plaintiff's claims against Unit Manager Thomas and Sergeant Riley in their official capacities, and **DISMISSES** Plaintiff's claims based on GDC SOP violations, for failure to protect, and for conditions of confinement for failure to state a claim upon which relief may be granted. The case shall proceed against Unit Manager Thomas and Sergeant Riley as described in the Magistrate Judge's January 27, 2021 Order. (See doc. no. 9.)

SO ORDERED this 23rd day of February, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE