IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARK A. GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-057 |
| | ) | |
| KAREN THOMAS, Unit Manager, and FNU | ) | |
| RILEY, S.g.t., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. Rather than file objections, Plaintiff submitted an amended complaint. (Doc. no. 26.) Because dismissal is based on Defendant's failure to serve discovery responses in violation of a court order, amending the complaint cannot change the outcome. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motion to dismiss, **DISMISSES** Plaintiff's case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 28th day of July, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE