AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARK A. GIBSON,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 321-057

KAREN THOMAS, Unit Manager, and FNU RILEY, S.g.t.,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated July 28, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Defendants' motion to dismiss is granted, and Plaintiff's case is dismissed without prejudice. This case stands closed.



July 28, 2022                                           John E. Triplett, Clerk of Court
Date                                                           Clerk

*Candy Cobell*

(By) Deputy Clerk

GAS Rev 10/2020